

**EXHIBIT 2**

**Service of Process Transmittal**
10/01/2020
CT Log Number 538330857

| | |
|---|---|
| **TO:** | Lilly Guadarrama<br>Netflix, Inc.<br>100 Winchester Cir<br>Los Gatos, CA 95032-1815 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | Netflix, Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | THE STATE OF TEXAS, Pltf. vs. NETFLIX, INC., Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 13731 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/01/2020 at 11:26 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/01/2020, Expected Purge Date: 10/06/2020<br><br>Image SOP<br><br>Email Notification,  Lilly Guadarrama  lilly@netflix.com<br><br>Email Notification,  Haley Ly  legal@netflix.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / RS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Oct 1, 2020

**Server Name:** Drop Service

| Entity Served | NETFLIX, INC. |
|---|---|
| Agent Name | CT CORPORATION SYSTEM |
| Case Number | 13731 |
| Jurisdiction | TX |



SUMMONS

# THE STATE OF TEXAS
## CAUSE NUMBER 13,731

### THE STATE OF TEXAS VS. NETFLIX, INC.

To any Peace Officer of the State of Texas, Greeting:

YOU ARE HEREBY COMMANDED to summon **Netflix, Inc., by serving it's Registered Agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3136 USA**

To appear in person IN THE 1-A DISTRICT COURT OF TYLER COUNTY, TEXAS, in the City of Woodville, Texas, at or before 10:00 a.m. the Monday next after the expiration of 20 days after you were served with this summons. Then and there to answer The State of Texas upon a charge pending in said court charging you with the offense of
**PROMOTION OF LEWD VISUAL MATERIAL DEPICTING CHILD**
(certified copy of indictment attached)
**Texas Penal Code 43.262 – FS**

If you fail to appear in response to this summons, or appear but do not plead, you will be considered to be present in person, and the court shall enter a plea of not guilty on your behalf and may proceed with trial, judgment, and sentencing.

WITNESS my hand and seal of office, at Woodville, Texas, this **25th day of SEPTEMBER, 2020**.

**BOND: N/A**

_[signature]_
**CLERK, 1-A DISTRICT COURT
TYLER COUNTY, TEXAS**

---

### OFFICER'S RETURN

Came to hand the _1ST_ day of _OCTOBER_, 2020, at _9:45_ o'clock _A_. m.,
And executed on the _1ST_ day of _OCTOBER_, 2020, at _10:31_ o'clock _A_. m.

By (X) Delivering ( ) Mailing to:
Fees – Summons      $_____
Mileage (_____)    $_____
    Total:          $_____

Sheriff, Tyler County, Texas
_____, Sheriff
_CLAUD "CHAD" DANIEL_, Deputy _TEXAS RANGER_
_[signature]_

IN THE 1A DISTRICT COURT OF TYLER COUNTY
STATE OF TEXAS

COPY

| THE STATE OF TEXAS | § | |
|---|---|---|
| VS. | § | CAUSE NO. 13731 |
| NETFLIX, INC. | § | BOND N/A |
| 100 WINCHESTER CIRCLE | | |
| LOS GATOS, CA 95032, USA | | |

CHARGE: PROMOTION OF LEWD VISUAL MATERIAL DEPICTING CHILD
PC 43.262

# INDICTMENT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURY for Tyler County, Texas duly selected, impaneled, sworn, charged, and organized as such at the JANUARY term A.D. 2020 of the 1 A District Court for said County, upon their oaths present in and to said court at said term that NETFLIX, INC, hereinafter styled Defendant, on or about the 15TH day of SEPTEMBER A.D. 2020, and before the presentment of this indictment, in the County and State aforesaid, DID THEN AND THERE

knowingly promote visual material which depicts the lewd exhibition of the genitals or pubic area of a clothed or partially clothed child who was younger than 18 years of age at the time the visual material was created, which appeals to the prurient interest in sex, and has no serious literary, artistic, political, or scientific value, to wit: by issuing or selling or providing or delivering or distributing or disseminating or transmitting or publishing or exhibiting or presenting or advertising the film titled Cuties, also known as Mignonnes, or offering or agreeing to issue, sell, provide, deliver, distribute, disseminate, transmit, publish, exhibit, present, or advertise said film, and the promotion of said film was authorized or recklessly tolerated by a high managerial agent of Netflix, Inc., namely, Wilmot Reed Hastings Jr. or Theodore Anthony Sarandos Jr., acting in behalf of Netflix, Inc. and within the scope of the agent's office or employment at Netflix, Inc.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

The State of Texas
County of Tyler

I, Chyrl Pounds, District Clerk in and for Tyler County, Texas, do hereby certify that the foregoing is a true and correct copy of the original as same appears in my office.
Given under my hand and official seal, at office in Woodville, Texas this 25 day of Sept, 2020
(l.S.)
CHYRL POUNDS, DISTRICT CLERK
TYLER COUNTY, TEXAS
BY_____
DEPUTY

_____
Foreman of the Grand Jury

_____
Witness

The State of Texas
County of Tyler

I, Chyrl Pounds, District Clerk in and for Tyler County, Texas, do hereby certify that the foregoing [illegible] and correct copy of the original as same appears in my [illegible].

Given under my hand and office seal at [illegible] Woodville, Texas this ______ day of ______________ ______

CHYRL POUNDS, DISTRICT CLERK

BY ______________________