**LUCAS BABIN**
TYLER COUNTY CRIMINAL DISTRICT ATTORNEY
100 W. BLUFF ST. ANNEX BUILDING
WOODVILLE, TEXAS 75979
PAT HARDY
1ST ASSISTANT DISTRICT ATTORNEY



EXHIBIT 3

*Press Release*

On September 23, 2020 a Tyler County Grand Jury indicted Netflix, Inc. for promotion of lewd visual material depicting a child. The indictment stems from the promotion of the film "Cuties" in Tyler County, Texas. The summons was served on the corporation October 1 by the Texas Rangers.

Section 43.262 of the Texas Penal Code says it is illegal to knowingly promote visual material that depicts the lewd exhibition of the genitals or pubic area of a clothed or partially clothed child, which appeals to the prurient interest in sex and has no serious literary, artistic, political, or scientific value.

This offense is a State Jail Felony.

Criminal District Attorney Lucas Babin said of the indictment, "As a district attorney, I have to sift through countless cases and make calls every day on how to keep our communities safe. In our county, it is not uncommon for me to confront cases with underage victims. After hearing about the movie Cuties and watching it, I knew there was probable cause to believe it was criminal under Section 43.262 of the Texas Penal Code. The legislators of this state believe promoting certain lewd material of children has destructive consequences. If such material is distributed on a grand scale, isn't the need to prosecute more, not less? A grand jury in Tyler county found probable cause for this felony, and my job is to uphold the laws of this State and see that justice is done."

The prosecutors of the Tyler County Criminal District Attorney's Office are subject to rules which limit their ability to make public comments about pending cases and the defendants in those cases. This office will not comment on the merits of this case. All defendants are presumed innocent until proven guilty.