**EXHIBIT 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **NETFLIX, INC.** | § | |
| **Plaintiff,** | § | |
| v. | § | Case No. 9:22-cv- |
| **LUCAS BABIN,** | § | |
| **Defendant.** | § | |

**CERTIFICATE OF TRANSLATION**

I, _____, am competent to translate from _____ into English, and certify that the translation of _____ is true and accurate to the best of my abilities. The original document and translation are attached to this certificate.

_DocuSigned by:_
_[signature]_
_209F7D3B000D424..._

_____          _____
(signature of translator)                                    (typed/printed name of translator)

_____
(address of translator)

_____
(telephone number of translator)

18 years

***RIB***

## *INFORMATION SHEET*

**FILM: CUTIES**                           **Director: MAIMOUNA DOUCOURE**

**Production: BIEN OU BIEN PRODUCTIONS 2 RUE GABRIEL FAURE 33150 CENON**

**ACTORS:**                                **ROLE:** Sweety Swagg    ("breast" scene) #2

**NAME (as appears in civil registry)**    : AILLAUD

**MAIDEN NAME**                            :

**GIVEN NAME (as appears in civil registry) :** Manola

**Screen name for credits**

**Declaration prior to hiring [DPAE-DUE]**    : start date            End date

*contract of less than 1 month        contract of 1 to 3 months      contract of more than 3 months

*cross out which does not apply)

**ADDRESS**           [Redacted]
**POSTAL CODE**       [Redacted]
**CITY**              [Redacted]
**PHONE (landline)**                        **PHONE (cell phone)**    [Redacted]
**FAX**
**EMAIL**             [Redacted]
**SOCIAL SECURITY #** [Redacted]
**DATE OF BIRTH**     : 09.07.1999
**PLACE OF BIRTH**    : Arles
**DEPARTMENT #**      : 13
**COUNTRY OF BIRTH**  : France
**NATIONALITY**       : French
**If of foreign nationality**
**CART # STAY**
**EXPIRY DATE**
**ADDRESS OF YOUR SOCIAL SECURITY CENTER:**
**# OF DAYS OF PAID LEAVE**
**RETIREMENT**
**CIVIL STATUS**      Single
**# OF CHILDREN**     0
**LAST MEDICAL VISIT**
**CONTACT IN CASE OF EMERGENCY:**       Sawisky Nathalie [Redacted]

—--------------------------

**RESERVED FOR PRODUCTION**
**GROSS SALARY / WEEK**

*18 ANS*

RIB

## FICHE DE RENSEIGNEMENTS

**FILM :** MIGNONNES   **Réal :** MAÏMOUNA DOUCOURE

**Production :** BIEN OU BIEN PRODUCTIONS 2 RUE GABRIEL FAURE 33150 CENON

**COMÉDIENS :**   **Rôle :** Sweety Swagg *(scène du sein)* N° 2

NOM (figurant à l'état civil) : AILLAUD

NOM DE JEUNE FILLE :

PRÉNOM (figurant à l'état civil) : Manola

Pseudonyme à faire figurer au générique

DPAE - DUE : date début le       Date de fin le
*Contrat inférieur à 1 mois     contrat entre 1 et 3 mois     contrat supérieur à 3 mois
*(rayer la mention inutile)

ADRESSE :
CODE POSTAL
VILLE
TÉLÉPHONE (fixe)      TÉLÉPHONE (mobile) :
FAX
E MAIL
N° SÉCURITÉ SOCIALE
DATE DE NAISSANCE : 07.09.1999
LIEU DE NAISSANCE : ARLES
N° DÉPARTEMENT : 13
PAYS DE NAISSANCE : France
NATIONALITÉ : Française
Si de nationalité étrangère
N° CART   SÉJOUR
DATE D'EXPIRATION
ADRESSE DE VOTRE CENTRE DE SECURITE SOCIALE :
N° CONGES SPECTACLES
RETRAITE
SITUATION FAMILIALE : Célibataire
NOMBRE D'ENFANTS : 0
DERNIERE VISITE MEDICALE
PERSONNE A PREVENIR EN CAS D'URGENCE : Sawisky Nathalie

RESERVE A LA PRODUCTION
SALAIRE BRUT / SEMAINE