**EXHIBIT 10**

CAUSE NO. 13,731

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 1 A DISTRICT COURT |
| v. | § | OF |
| NETFLIX, INC. | § | TYLER COUNTY, TEXAS |
| 100 WINCHESTER CIRCLE | | |
| LOS GATOS, CA 95032, USA | | |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, The State of Texas, by and through her Criminal District Attorney and respectfully requests the Court to dismiss ==without prejudice== the above entitled and numbered criminal action in which the Defendant is charged with the offense of Promotion of Lewd Visual Material Depicting a Child, Texas Penal Code 43.262, for the following reason:

While ==the State believes the charged portion of Texas Penal Code 43.262 is constitutional==, the facts of this case are better suited for other statutes.

WHEREFORE, IN THE INTEREST OF JUSTICE, it is prayed that the above entitled and numbered cause be dismissed without prejudice.

Respectfully Submitted,

Lucas Babin, Criminal District Attorney
100 W. Bluff, Courthouse Annex, Woodville, Tx 75979
409-283-8136  fx: 409-283-6128
Bar Card No. 24086567
l.babin@co.tyler.tx.us

## ORDER TO DISMISS

The motion of the State of Texas to dismiss without prejudice the above styled and numbered cause and having been presented to me and the same having been considered, it is therefore ORDERED, ADJUDGED, and DECREED that the said above entitled and numbered cause be and the same is hereby dismissed without prejudice.

SIGNED AND ENTERED on this the 2nd day of March, 2022

Presiding Judge

Envelope: 62217730