UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DIVISION: LUFKIN | DATE:  3/4/22 |
| DISTRICT JUDGE: MICHAEL J. TRUNCALE | COURT REPORTER: April Hargett |
| NETFLIX, INC.<br>*Plaintiff* | CIVIL NO.:  9:22CV31<br>C/R DEPUTY: Jill Veazey |
| LUCAS BABIN<br>*Defendant* | |

Begin:  10:25
Adjourn:  1:45
Total Time in Court:  3 Hrs 20 Mins

Attorneys for Plaintiff:  Joshua Bennett, David Prichard
Attorneys for Defendant:  Christopher Lindsey

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:  PRELIMINARY INJUNCTION HEARING [Doc. 7]

10:25   Court begins. Parties make announcements.

10:30   Mr. Bennett addresses Court and states argument on motion.

11:50   Court recessed.

12:22   Court resumed. Mr. Lindsey addresses Court and states argument.

12:45   Mr. Bennett responds. Court responds. Mr. Bennett responds.

1:16    Court recessed.

1:26    Court resumed. Mr. Lindsey addresses Court and states the parties have come to a mutual agreement on the Temporary Restraining Order. Mr. Prichard responds. Court responds. Court will set preliminary injunction hearing 6/14/22 if needed.

1:45    Court adjourned.

DAVID O'TOOLE, CLERK

/s/ *Jill Veazey*

Deputy Clerk