IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| NETFLIX, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | **CIVIL ACTION NO. 9:22-CV-00031** |
| v. | § | **JUDGE MICHAEL J. TRUNCALE** |
| | § | |
| LUCAS BABIN, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Before the Court is the Plaintiff's Motion for Leave to Exceed Page Limit for Non-Dispositive Motion for TRO and Preliminary Injunction. [Dkt. 8]. The Plaintiff, Netflix, Inc., has filed a motion for a temporary restraining order and preliminary injunction, which seeks to enjoin indictments that Netflix alleges violate its constitutional rights of free speech and petition. Due to the scope of the issues involved, the motion requires lengthy and in-depth analysis. Accordingly, Netflix seeks leave to exceed the page limits of Local Rule 7. After considering the motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that the Plaintiff's Motion for Leave to Exceed Page Limit for Non-Dispositive Motion for TRO and Preliminary Injunction. [Dkt. 8] is hereby **GRANTED**.

**As requested, Netflix is permitted to file a brief of 37 pages in an exception to the page limits established in Local Rule 7.**

**SIGNED this 9th day of June, 2022.**

_____
Michael J. Truncale
United States District Judge