# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| NETFLIX, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 9:22-CV-00031 |
| v. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| LUCAS BABIN, | § | |
| | § | |
| Defendant. | § | |

## SECOND SUPPLEMENTAL ORDER ON GRAND JURY DISCOVERY

In its prior *Order Granting Netflix's Emergency Motion to Obtain Grand Jury Discovery*, this Court found that Netflix had established a "particularized need" for the state grand jury materials at issue. [Dkt. 34 at 14]. Even so, the Court indicated it would enter an additional order "consistent with its *in camera* findings" after further "inspect[ing] the submitted materials and interrogatory responses." [Dkt. 34 at 15]. Now, having done so, the Court **CONCLUDES** that the submitted materials are not only relevant, but *essential* to Netflix's claims, further bolstering the prior determination that Netflix had shown a "particularized need" for the same.

It is therefore ORDERED that these grand jury materials shall be available to Netflix for its reference and use in any future filings or proceedings in this case.

The grand jury materials will be emailed to Netflix's Counsel contemporaneously with the docketing of this Order.

**SIGNED** this 1st day of July, 2022.

Michael J. Truncale
United States District Judge