# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| **NETFLIX, INC.,** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 9:22-CV-031** |
| | § | |
| **LUCAS BABIN,** | § | |
|     **Defendant.** | § | |

## ORDER

This day the Court considered Defendant Lucas Babin's motion to quash Netflix's notices of intent to take the depositions of Defendant Lucas Babin and his First Assistant District Attorney, Pat Hardy, and motion for a protective order preventing any further attempt by Netflix to conduct discovery against Babin and Hardy on the subject of their grand jury appearances. The motions are reasonable and are hereby **GRANTED**.

Netflix's notices of intent to take the depositions of Lucas Babin and Pat Hardy are hereby **QUASHED**. This Court further finds that Lucas Babin and Pat Hardy are entitled to absolute immunity for their conduct as grand jury witnesses, and hereby **ORDERS** that they shall not be subject to any further attempt in this matter to conduct discovery against them on the subject of their grand jury appearances.