IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| NETFLIX, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO. 9:22-CV-00031 |
| v. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| LUCAS BABIN, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER GRANTING NETFLIX, INC.'S OPPOSED MOTION FOR ENTRY OF SCHEDULING ORDER

Before the Court is Plaintiff's Opposed Motion for Entry of Scheduling Order [Dkt. 71] and Defendant's Response to Netflix's Opposed Motion for Entry of Scheduling Order [Dkt. 75]. After considering the Plaintiff's opposed motion and reviewing the pleadings on file and all applicable law, the Court grants the same and rules as follows:

The hearing on September 14, 2022, shall be bifurcated such that the Court will hear Plaintiff's motion for a preliminary injunction on September 14, 2022, and conduct a trial on the merits regarding the issuance of a permanent injunction on January 30, 2023.

Upon entry of this order setting the date of the trial on the merits, the Parties shall have fourteen (14) days to meet and confer and submit a joint proposed scheduling order, specifying the proposed trial-related deadlines and events in this case (including a proposed discovery cutoff and deadline to file dispositive motions).

**SIGNED this 9th day of September, 2022.**

Michael J. Truncale
United States District Judge