UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DIVISION: LUFKIN | § | DATE:  9/14/22 |
| | § | |
| DISTRICT JUDGE: MICHAEL J. TRUNCALE | § | COURT REPORTER: April Hargett |
| | § | |
| NETFLIX, INC. | § | CIVIL NO.:  9:22CV31 |
| *Plaintiff* | § | |
| | § | C/R DEPUTY: Jill Veazey |
| LUCAS BABIN | § | |
| *Defendant* | | |

Begin:  9:13, 2:02
Adjourn:  12:21, 5:26
Total Time in Court:   6 Hrs   32 Mins

Attorneys for Plaintiff:  Joshua Bennett, David Prichard, Monica Goff
Attorneys for Defendant:  Christopher Lindsey

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:   MOTION FOR PRELIMINARY INJUNCTION HEARING [Doc. 69]

9:13    Court begins.  Parties make announcements.

9:16    Mr. Bennett addresses Court. 9:19 Mr. Lindsey addresses Court.  Court addresses parties.

9:31    Rule Invoked. 9:33 Pltf Exhibit 20 marked & admitted under Seal.

9:41    Deft's Exhibits 1-7 marked & admitted. Pltf's Exhibit 21 marked & admitted as demonstrative exhibit only.

9:48    Mr. Bennett addresses Court and states argument on motion.

10:42   Court recessed.

10:59   Court resumed. Mr. Bennett continues.

12:21   Court recessed.

2:02    Court resumed. Mr. Lindsey calls Lucas Babin to testify.  Witness sworn. Direct by Mr. Lindsey.

3:46    Court recessed.

4:01    Court resumed. Direct continued by Mr. Lindsey.

4:08    Cross-Exam by Mr. Prichard.

4:47    Witness excused. Mr. Lindsey states closing remarks.

4:53     Closing remarks by Mr. Bennett.

5:24     Court addresses parties. Court will enter order at a later date.

5:26     Court adjourned.

 

DAVID O'TOOLE, CLERK

/s/ *Jill Veazey*

Deputy Clerk