### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### LUFKIN DIVISION

| | |
|---|---|
| NETFLIX, INC., | § |
| Plaintiff, | § |
| v. | §   CIVIL ACTION NO. 9:22-cv-00031 |
| LUCAS BABIN, | § |
| Defendant. | § |

### JOINT STATUS REPORT REGARDING THE PARTIES' PRIOR STIPULATED ABATEMENT

At the hearing on Netflix's Motion for Preliminary Injunction on September 14, 2022, the parties discussed with the Court about how to handle the parties' prior Jointly Stipulated Abatement Concerning the Pending Cases (Doc. 13) ("joint stipulation") pending a ruling from the Court on Netflix's pending motion. Following the hearing the parties conferred further and reached an understanding.

The parties agree that they will continue to abide by the joint stipulation through at least October 14, 2022, pending a ruling from the Court on issues now pending. If by October 7, 2022, the issues remain pending, the parties will confer and file another joint status report outlining their respective positions on the joint stipulation for the next 30 days pending a ruling from the Court. The parties will file additional joint status reports as needed each 30-day period thereafter. No further action is thus needed from the Court on Netflix's renewed request for a TRO, which was also discussed at September 14's hearing.

**Agreed as to form and substance**:


*/s/ Joshua J. Bennett*                                           */s/ Christopher Lee Lindsey*
**On Behalf of Netflix, Inc.**                                    **On behalf of Lucas Babin**