IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| NETFLIX, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  9:22-CV-00031 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| LUCAS BABIN, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

**ORDER GRANTING DEFENDANT'S MOTION TO REDACT TRANSCRIPT**

Before the Court is Defendant Lucas Babin's Unopposed Motion to Redact Transcript. [Dkt. 105].

Defendant requests that the Court redact select portions of the transcript from the Preliminary Injunction

Hearing that took place on September 14, 2022, before the Court.  After considering Defendant's unopposed

motion and reviewing the pleadings on file and all applicable law, the Court grants the same. Defendant's

Unopposed Motion to Redact Transcript [Dkt. 105] is hereby **GRANTED**.

It is **ORDERED** that the following portions of the hearing transcript, identified by page and line,

shall be redacted and withheld from public view:

169:11 – 169:20

170:20 – 171:5

171:19 (beginning with "The images …") – 171:22 (ending with "…actual film.")

194:22 (beginning with "Do you remember …") – 194:24

195:3 – 197:14

197:22 – 198:3

199:20 – 202:5

202:13 – 202:19

204:15 – 205:20

206:16 – 206:24

207:18

214:10 – 216:21

**SIGNED this 2nd day of November, 2022.**

Michael J. Truncale
United States District Judge