IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| NETFLIX, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> LUCAS BABIN, <br><br> *Defendant*. | § § § § § § § § § § <br> CIVIL ACTION NO.  9:22-CV-00031 <br> JUDGE MICHAEL J. TRUNCALE |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTIONS FOR LEAVE TO FILE AND SUPPLEMENT THE RECORD AND SEALED MOTION TO SUPPLEMENT THE RECORD

Before the Court are Plaintiff Netflix, Inc.'s Unopposed Motion for Leave to File Supplement to the Record in Support of Netflix's Motion for Preliminary Injunction. [Dkt. 111] and Unopposed Sealed Motion to Supplement the Record in Support of Plaintiff's Motion for TRO & Preliminary Injunction [Dkt. 110]. Netflix is seeking leave to file a supplement to the record in support of its Motion for Preliminary Injunction. [Dkt. 111]. Netflix also seeks to file the supplement of the record [Dkt. 110] under seal as it contains sensitive and confidential information. After considering Netflix's unopposed motions and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Netflix's Motion for Leave to File Supplement to the Record in Support of Netflix's Motion for Preliminary Injunction. [Dkt. 111] and Netflix's Unopposed Sealed Motion to Supplement the Record in Support of Plaintiff's Motion for TRO & Preliminary Injunction [Dkt. 110] are both hereby **GRANTED**. Netflix's Unopposed Sealed Motion to Supplement the Record in Support of Plaintiff's Motion for TRO & Preliminary Injunction [Dkt. 110] shall remain filed under seal.

**SIGNED this 8th day of November, 2022.**

_____
Michael J. Truncale
United States District Judge