**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **NETFLIX, INC.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 9:22-cv-00031** |
| | § | |
| **LUCAS BABIN,** | § | |
| **Defendant.** | § | |

---

**DEFENDANT LUCAS BABIN'S NOTICE OF**
**SECOND SUPPLEMENTAL DISCLOSURE**

---

The Defendant hereby notifies this honorable Court that he has made second supplemental disclosures to the Plaintiff as required by Fed. R. Civ. P. 26.

Respectfully submitted,

**LUCAS BABIN**
**CRIMINAL DISTRICT ATTORNEY**
Tyler County, Texas
100 West Bluff, Courthouse Annex
Woodville, Texas 75979
Ph:  409-283-8136
Fx:  409-283-6128
l.babin@co.tyler.tx.us

*/s/ CHRISTOPHER LEE LINDSEY*
**CHRISTOPHER LEE LINDSEY**
Special Prosecutor for Tyler County
Assistant Attorney General
Attorney-In-Charge
State Bar No. 24065628

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2157 (Phone No.)
(512) 370-9314 (Fax No.)

## NOTICE OF ELECTRONIC FILING

I, **CHRISTOPHER LEE LINDSEY**, certify that I have electronically submitted for filing a true and correct copy of the foregoing in accordance with the Electronic Case Files system of the Eastern District of Texas, on this the November 15, 2022.

> */s/ CHRISTOPHER LEE LINDSEY*
> **CHRISTOPHER LEE LINDSEY**
> Special Prosecutor for Tyler County

## CERTIFICATE OF SERVICE

I, **CHRISTOPHER LEE LINDSEY**, do hereby certify that a true and correct copy of the foregoing has been served on all parties by the Court's electronic noticing system, on this the November 15, 2022.

> */s/CHRISTOPHER LEE LINDSEY*
> **CHRISTOPHER LEE LINDSEY**
> Special Prosecutor for Tyler County