IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| NETFLIX, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO. 9:22-CV-00031 |
| v. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| LUCAS BABIN, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

Before the Court is Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction. [Dkt. 7].  Subsequent to the filing of this motion, Plaintiff filed its Amended Motion for Temporary Restraining Order and for Preliminary Injunction [Dkt. 69], thereby making Plaintiff's original motion [Dkt. 7] moot.

It is therefore **ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction [Dkt. 7] is hereby **DENIED AS MOOT**.

**SIGNED this 15th day of November, 2022.**

*Michael J. Truncale*

Michael J. Truncale
United States District Judge