IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| NETFLIX, INC., § | | |
|    Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 9:22-CV-0031 | |
| § | | |
| LUCAS BABIN, § | | |
|    Defendant. § | | |

**DEFENDANT'S IDENTIFICATION OF TRIAL WITNESSES**

1. Lucas Babin

2. Pat Hardy

\*Defendant does not anticipate any witnesses whose testimony is expected to be presented by means of a deposition.

                                    **LUCAS BABIN**
                                    **CRIMINAL DISTRICT ATTORNEY**
                                    Tyler County, Texas
                                    100 West Bluff, Courthouse Annex
                                    Woodville, Texas 75979
                                    Ph:  409-283-8136
                                    Fx:  409-283-6128
                                    l.babin@co.tyler.tx.us

                                    */s/ CHRISTOPHER LEE LINDSEY*
                                    **CHRISTOPHER LEE LINDSEY**
                                    Special Prosecutor for Tyler County
                                    Assistant Attorney General
                                    Attorney-In-Charge
                                    State Bar No. 24065628

                                    P.O. Box 12548, Capitol Station
                                    Austin, Texas 78711
                                    (512) 463-2157 (Phone No.)
                                    (512) 370-9314 (Fax No.)

## CERTIFICATE OF SERVICE

I, **CHRISTOPHER LEE LINDSEY**, do hereby certify that a true and correct copy of the foregoing has been served on all parties by the Court's electronic noticing system, on this the 21st day of November, 2022.

    */s/CHRISTOPHER LEE LINDSEY*
    **CHRISTOPHER LEE LINDSEY**
    Special Prosecutor for Tyler County