IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| NETFLIX, INC., § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 9:22-CV-0031 | |
| § | | |
| LUCAS BABIN, § | | |
|     Defendant, § | | |

### Defendant's Notice of Appeal

Defendant Lucas Babin hereby appeals this Court's Order granting Plaintiff Netflix, Inc.'s Amended Motion for Preliminary Injunction (Doc. 114) to the United States Court of Appeals for the Fifth Circuit. This is an interlocutory appeal brought pursuant to 28 U.S.C. § 1292(a)(1).

**LUCAS BABIN**
**CRIMINAL DISTRICT ATTORNEY**
Tyler County, Texas
100 West Bluff, Courthouse Annex
Woodville, Texas 75979
Ph:  409-283-8136
Fx:  409-283-6128
l.babin@co.tyler.tx.us

*/s/ CHRISTOPHER LEE LINDSEY*
**CHRISTOPHER LEE LINDSEY**
Special Prosecutor for Tyler County
Assistant Attorney General
Attorney-In-Charge
State Bar No. 24065628

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2157 (Phone No.)
(512) 370-9314 (Fax No.)

## CERTIFICATE OF SERVICE

I, **CHRISTOPHER LEE LINDSEY**, do hereby certify that a true and correct copy of the foregoing has been served on all parties by the Court's electronic noticing system, on this the 5th day of December, 2022.

                                                                   */s/CHRISTOPHER LEE LINDSEY*
                                                                   **CHRISTOPHER LEE LINDSEY**
                                                                   Special Prosecutor for Tyler County