# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 29, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-40786   Netflix v. Babin
                 USDC No. 9:22-CV-31

Enclosed is an order entered in this case.

The court has granted the unopposed motion of Appellee Netflix, Incorporated to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Netflix, Incorporated may obtain all ex parte documents *filed on behalf of* Netflix, Incorporated, and all other non ex parte documents in the record.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Dantrell L. Johnson, Deputy Clerk
                      504-310-7689

Mr. Joshua J. Bennett
Ms. Kathryn Cherry
Mr. Christopher Lee Lindsey
Mr. Jonathan F. Mitchell
Mr. David O'Toole
Mr. David McDonald Prichard

**P.S. Mr. Bennett:** The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.