IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| NETFLIX, INC., | § § | |
| *Plaintiff*, | § § | |
| | § | CIVIL ACTION NO. 9:22-CV-00031 |
| v. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| LUCAS BABIN, | § § | |
| *Defendant*. | § § | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

PLEASE BE ADVISED AND TAKE NOTICE that the above-styled cause is set for a Telephonic Status Conference on **January 30, 2024 at 2:00 p.m. CST**. Instructions for the call are as follows:

Dial-In#: 571-353-2301
Guest ID: 644304870

All Parties are **ORDERED** to participate in the conference.

**SIGNED this 22nd day of January, 2024.**

_____
Michael J. Truncale
United States District Judge