IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| NETFLIX, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO. 9:22-CV-00031 |
| v. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| LUCAS BABIN, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Defendant's Amended Motion for Summary Judgment [Dkt. 22] and Defendant's Second Amended Motion for Summary Judgment [Dkt. 58]. The Parties have advised the Court that they continue to pursue resolution of this action according to the terms they alluded to during the status conference with the Court on January 30, 2024. In that regard, the Parties anticipate that final agreements will be executed and that they will seek a dismissal within the next 30 days.

It is therefore **ORDERED** that Defendant's Amended Motion for Summary Judgment [Dkt. 22] and Defendant's Second Amended Motion for Summary Judgment [Dkt. 58] are hereby **DENIED AS MOOT**. Should this matter not resolve as indicated above, Defendant is free to reurge these motions at a later date.

**SIGNED this 1st day of March, 2024.**

Michael J. Truncale
United States District Judge